ORIGINAL

FILED
JUL 2 2007
U.S. COURT OF
FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

| | |
|---|---|
| GRUNLEY WALSH INTERNATIONAL LLC<br>5010 Nicholson Lane, Ste. 200<br>Rockville, MD 20852<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 07-492 C<br><br>Judge ___________ |

## MOTION FOR ENTRY OF A PROTECTIVE ORDER

Plaintiff Grunley Walsh International LLC through undersigned counsel respectfully requests that the Court enter the Court's standard Protective Order covering production of "protected information" in this case, which includes material that is competition sensitive, proprietary, confidential, or otherwise protectable.

Respectfully submitted,

Frederick W. Claybrook, Jr., Esq.
(Counsel of Record)
Robert S. Nichols, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116
Protected Fax: (202) 508-8989

Attorneys for Plaintiff
Grunley Walsh International LLC

July 2, 2007

#3