ORIGINAL

FILED
JUL 0 2 2007
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

GRUNLEY WALSH INTERNATIONAL LLC
5010 Nicholson Lane, Ste. 200
Rockville, MD 20852

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 07-492 C

Judge ___________

CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF GRUNLEY WALSH INTERNATIONAL LLC

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff Grunley Walsh International LLC states that Kenneth M. Grunley Construction Co. LLC and James V. Walsh Construction Co. LLC each own 10% or more of its stock.

Respectfully submitted,

Frederick W. Claybrook, Jr., Esq.
(Counsel of Record)
Robert S. Nichols, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116
Protected Fax: (202) 508-8989

Attorneys for Plaintiff
Grunley Walsh International LLC

July 2, 2007