ORIGINAL

FILED
JUL 2 2007
U.S. COURT OF
FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

GRUNLEY WALSH INTERNATIONAL LLC )
5010 Nicholson Lane, Ste. 200 )
Rockville, MD 20852 )

Plaintiff, )

v. )

UNITED STATES, )

Defendant. )

No. 07-492 C

Judge __________

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiff Grunley Walsh International LLC ("GWI") respectfully requests that this Court file under seal GWI's Complaint and the documents attached thereto.

This case arises out of the procurement of a Federal Government contract. The documents in this case contain propriety business information of the parties. This information derives value from not being generally known. Protection of these documents is necessary to protect not only the proprietary information of the parties but also the process for competition for Federal contracts. Plaintiff is simultaneously filing a Motion for Entry of a Protective Order.

Because the confidentiality of the designated documents implicates the ability of several offerors to compete for government contracts, there exists and "overriding interest" in allowing for the documents in question to be filed under seal. *Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 252 (4th Cir. 1988).

Respectfully submitted,

Frederick W. Claybrook, Jr., Esq.
(Counsel of Record)
Robert S. Nichols, Esq.

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116
Protected Fax: (202) 508-8989

Attorneys for Plaintiff
Grunley Walsh International LLC

July 2, 2007