# In the United States Court of Federal Claims

**No. 07-492**
**BID PROTEST**

**(Filed July 3, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**GRUNLEY WALSH INTERNATIONAL, LLC** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

During the telephonic conference held on this day, concerning the Verified Complaint For Declaratory, Injunctive, And Monetary Relief, filed on July 2, 2007, defendant's counsel indicated that an award in this solicitation is not contemplated until mid-August, 2007.

Accordingly, it was determined that a filing of a temporary restraining order or a request for a preliminary injunction will not be required. Therefore, the following is hereby ordered:

1. Plaintiff's Motion For Entry Of A Protective Order, filed on July 2, 2007, is hereby ALLOWED. Any material that is competition sensitive, proprietary, confidential, or otherwise protectable of any kind, may be provided only to the court and to individuals designated by the parties by this Protective Order, and must be filed electronically as a sealed document as per the procedures on the Electronic Case Filing system.

2. Plaintiff's Motion To File Documents Under Seal, filed on July 2, 2007, is hereby ALLOWED. The proposed redacted version which has been filed with the court, by the concurrence of the parties, may be released for public use.

3. The administrative record, as determined by the parties, shall be filed by Monday, July 9, 2007.

4. Plaintiff shall file a Motion for Summary Judgment on the Administrative Record by Monday, July 9, 2007.

5. Defendant shall file its response by Monday, July 16, 2007.

6. Plaintiff shall file its reply by Thursday, July 19, 2007.

7. Oral Argument shall be held on Tuesday, July 31, 2007 at 2:30 p.m. Each side will have up to 30 minutes for argument and 10 minutes for rebuttal. The proceedings shall take place in the National Courts Building, 717 Madison Place, Washington, D.C., N.W. The exact location of the courtroom will be posted on the bulletin board in the lobby.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**