IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Bid Protest)

| | | |
|---|---|---|
| GRUNLEY WALSH INT'L, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-492 |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING
THE ABBREVIATED ADMINISTRATIVE RECORD

Pursuant to Appendix C, paragraph 21, of the Rules of the United States Court of Federal Claims, the United States respectfully provides this notice that it is filing electronically, under the protective order in this case, the abbreviated administrative record of the agency.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s Anuj Vohra
ANUJ VOHRA
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW

Washington, DC 20530
(202) 353-0521

July 9, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 9, 2007, a copy of foregoing "DEFENDANT'S NOTICE OF FILING THE ABBREVIATED ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Anuj Vohra