IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| GRUNLEY WALSH INT'L, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-492C |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

To the Clerk:

NOTICE OF APPEARANCE

Please enter the appearance of Anuj Vohra as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Anuj Vohra
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street NW
Washington, D.C. 20530

Dated: July 17, 2007

/s/ Anuj Vohra
Anuj Vohra
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: 202.353.0521
Anuj.Vohra@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Anuj Vohra