# In the United States Court of Federal Claims

**No. 07-492**
**BID PROTEST**

**(Filed July 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
**GRUNLEY WALSH INTERNATIONAL, LLC.**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Motion To Intervene filed by American International Contractors (Special Projects), Inc. (Plaintiff-Intervenor), on July 19, 2007, is ALLOWED.

Pursuant to the court's order of July 3, 2007, any material that is competition sensitive, proprietary, confidential, or otherwise protectable of any kind, may be provided only to the court and to individuals designated by the parties by this Protective Order, and must be filed electronically as a sealed document as per the procedures on the Electronic Case Filing system.

The Plaintiff-Intervenor shall participate in Oral Argument that is scheduled for Tuesday, July 31, 2007 at 2:30 p.m. Each side will have up to 30 minutes for argument and 10 minutes for rebuttal. Plaintiff, Grunley Walsh, and Plaintiff-Intervenor shall agree on the use of their allotted time.

The proceedings shall take place in the National Courts Building, 717 Madison Place, Washington, D.C., N.W. The exact location of the courtroom will be posted on the bulletin board in the lobby.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**