# In the United States Court of Federal Claims

**No. 07-492**
**BID PROTEST**

**(Filed July 20, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**GRUNLEY WALSH INTERNATIONAL, LLC.** *
*
**Plaintiff,** *
*
**AMERICAN INTERNATIONAL CONTRACTORS (SPECIAL PROJECTS), INC.** *
*
**Plaintiff-Intervenor,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

After careful review of Plaintiff's Motion To Supplement The Abbreviated Administrative Record filed on July 19, 2007, and Defendant's Opposition thereto, filed on July 20, 2007; the following is hereby ordered:

The motion filed on July 19, 2007, requests leave to supplement the Administrative Record with: (a) DOS's April 9, 2007, agency report in the *Caddell* protest (attached to GWI's July 9, 2007, Statement of Facts in Support of its Motion for Judgment on the Administrative Record, Tab B); (b) DOS's May 16, 2007, response to specific questions raised by GAO (attached to GWI's July 19, 2007, Reply Brief, Tab A); and (c) Declaration of Mr. Bassem Soueidan, dated July 9, 2007 (attached to GWI's July 9, 2007, Statement of Facts in Support of its Motion for Judgment on the Administrative Record, Tab A). As to the DOS's April 9, 2997 agency report and the DOS's May 16, 2007, response, this Motion is hereby

ALLOWED. As to the Declaration of Mr. Bassem Soueidan, this Motion is hereby DENIED. *See Cubic Applic'n, Inc. v. United States,* 37 Fed. Cl. 339, 344 (1997).

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**